IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL EDWARD JOHNSON,

      Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5624

Opinion filed July 14, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Michael E. Johnson, pro se, Petitioner.

Jennifer Parker, General Counsel; Michael T. Kennett and Barbara Debelius, Assistant Generals Counsel, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

LEWIS, C.J., BENTON and MARSTILLER, JJ., CONCUR.